# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159432 & (16)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JULIE MEIER, as Next Friend of BENJAMIN
MEIER, LAURA ABEL-SLATER, as Next
Friend of MARIAH MARTINEZ and MONICA
MARTINEZ, TARA ORTA, as Next Friend of
MIRANDA TORRES, REBECCA DREWYOUR,
as Next Friend of LINDSEY DREWYOUR,
JENNIFER HOLLEY as Next Friend of
ZACHARY HOLLEY, and URSULA LINZELL,
as Next Friend of CLAIRE LINZELL,
        Plaintiffs-Appellees,

v

SC: 159432
COA: 346443
Wayne CC: 08-116530-NH

DR. YASSER AWAAD, MD, OAKWOOD
HEALTHCARE, INC., d/b/a OAKWOOD
HOSPITAL AND MEDICAL CENTER,
OAKWOOD HEALTHCARE, INC., d/b/a
OAKWOOD HEALTHCARE SYSTEM,
OAKWOOD UNITED HOSPITALS, INC.,
YASSER AWAAD, MD, PC, GREAT LAKES
PEDIATRIC NEUROLOGY, PC, and
OAKWOOD PROFESSIONAL BILLING, LLC,
d/b/a OAKWOOD GROUP V, LLC,
        Defendants-Appellants.
_____/

      On order of the Court, the motion for immediate consideration is GRANTED.
The application for leave to appeal the March 12, 2019 order of the Court of Appeals is
considered, and it is DENIED, because we are not persuaded that the questions presented
should now be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

May 15, 2019



Clerk

d0514